IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| REBECCA J. MACY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:25-cv-953 |
| | ) | |
| THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the United States Magistrate Judge's September 3, 2026, Memorandum Opinion, Order, and Recommendation ("Recommendation") recommending that the Court grant the Defendants' Motion to Dismiss, Dkt. 12, as to Ms. Macy's federal claims and decline to exercise supplemental jurisdiction over her state claims. *See generally* Dkt. 22.

The Clerk's office served notice of the Recommendation, Dkt. 23, and no objection was filed within the requisite time limits, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Therefore, the Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation,'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72

advisory committee's note to 1983 amendment). After due consideration, the Magistrate Judge's thorough Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, Dkt. 22, is **ADOPTED**. Defendants' Motion to Dismiss, Dkt. 12, is **GRANTED** as to Plaintiff's federal claims, and the Court declines to exercise supplemental jurisdiction over her state law claims under 28 U.S.C. § 1367(c)(3). This action is **DISMISSED WITH PREJUDICE**.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 25th day of September, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE