IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| REBECCA J. MACY,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF NORTH CAROLINA SYSTEM, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:25-cv-953 |

**JUDGMENT**

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (Dkt. 12) is **GRANTED** as to Plaintiff's federal claims, and the Court declines to exercise supplemental jurisdiction over her state law claims under 28 U.S.C. § 1367(c)(3). This action is **DISMISSED WITH PREJUDICE**.

This the 25th day of September, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE